UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ABNER CALLOWAY, JIMMY BAILEY, ANDREW BLACK, FREDRICK BRINSON, LARRY BROWN, KEYVUS BRYANT, LINCON CAMPBELL, LEWIS CARTER, NATHAN CHANDLER, MARCOS COATES, JAMES CRAYTON, DARRELL DAVIS, GEORGE DAVIS, HAROLD FIELDS, PRINCE FRALEY, ALEXANDER GONZALEZ, CHANSELOR GORDON, ANTONIO HALE, BRESHAND HARRIS, RANDAL HAYES, DAMIEN IRVEN, MARLON JACKSON, WILKIE JEWETT, JR. , TYLER KIRKLAND, ANTROINE LANE, MONTARI LEONARD, WESNY LOUIME, ANDREW LOUISSANT, FARDENS PIERRE LOUISSAINT, MICHAEL LYONS, LUIS ANTONIO MARTINEZ, EDDIE MAY, DARNELL MCCURDY, SEAN MCKINNEY, JONATHAN MILLS, ENOCH MITCHELL, TERRY MITCHELL, YASMANY MONTALVO, NATHANIEL MOORE, III , ALBERT MORELAND, LUIS IRIZARRY NAZARIO, HOLIJIU ONONIWU, DONALD REED, DAVID RICE, BRYAN RICHARDSON, EDWIN RODRIGUEZ, MARCOS RODRIGUEZ, ANTONIO SANDERS, PAUL SEPULVEDA, GEORGE SMITH, MARCUS SMOTHERS, AUDREAUS SOL, DELARRIAN STALLWORTH, LEAENARD TOSEN, III , JASON VALENTINE, VIRGIL WARREN, FRANK WEATHER, JR. , JOSEPH WILLIAMS, MELVIN WILLIAMS, DUANE WILSON, RAY WOLFORK and KACEY YATES,**

      **Plaintiffs,**

v.                                                                                  Case No: 6:20-cv-1097-Orl-41DCI

**WASTE PRO USA, INC. and WASTE PRO OF FLORIDA, INC.,**

        **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on this Court's July 20, 2020 Order to Show Cause ("OTSC," Doc. 15). Therein, the Court ordered Plaintiffs to show cause as to why this case should not be transferred to the Honorable Charlene E. Honeywell, pursuant to Local Rule 1.04(a). (*Id.* at 2). Now, Plaintiffs have filed a Notice of Non-Opposition (Doc. 18), indicating that they do not oppose transfer.

Accordingly, it is **ORDERED** that pursuant to Local Rule 1.04(a), this case is transferred to the Honorable Charlene E. Honeywell, in the Middle District of Florida, Tampa Division, for consideration with Case No. 8:17-cv-2254-T-36CPT

**DONE** and **ORDERED** in Orlando, Florida on July 27, 2020.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record